# Court of Appeals
# of the State of Georgia

ATLANTA, _____ February 15, 2017 _____

*The Court of Appeals hereby passes the following order:*

**A17E0035.  MAYS v. THE STATE.**

The appellant's motion for out-of-time application for discretionary appeal from the denial of a motion to set aside a judgment is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _02/15/2017_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*